CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 06 2017

JULIA ____ CLERK
BY: ____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Criminal Action No. 7:13CR00042** |
| | ) | **(Civil Action No. 7:14CV80784)** |
| **v.** | ) | |
| | ) | **FINAL ORDER** |
| **NATHAN ALLEN ENTSMINGER,** | ) | |
| | ) | **By: Hon. Glen E. Conrad** |
| Defendant. | ) | **Chief United States District Judge** |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED and ORDERED

as follows:

1. That the government's motion to dismiss (ECF No. 47) is **GRANTED**;

2. Entsminger's motion pursuant to 28 U.S.C. § 2255 (ECF No. 39) is **DISMISSED**;

3. This action shall be **STRICKEN** from the active docket of this court; and

4. Finding that Entsminger has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER:**      This __6th__ day of April, 2017.

_____
Chief United States District Judge