AO 245D    (Rev. 09/19 - VAW Additions 05/17) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT
## Western District of Virginia

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| NATHAN ALLEN ENTSMINGER | Case Number: DVAW713CR000042-001 |
| | Case Number: |
| | USM Number: 11541-084 |
| | Correy Diviney, CJA |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)  _listed below_  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | The defendant committed assault and battery on two occasions, June 28, 2021, and October 21, 2021. | 10/28/2021 |
| | The defendant eluded police on November 30, 2021, when they were attempting to serve the warrants for the assault and battery. He fled in his vehicle and then fled on foot. | |

The defendant is sentenced as provided in pages 2 through  **6**  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s)  _Mand Cond - Firearm_  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No:  7073

Defendant's Year of Birth:  1982

City and State of Defendant's Residence:

Roanoke, Virginia

5/5/2022
Date of Imposition of Judgment

_/s/ Michael F. Urbanski_
Signature of Judge

Michael F. Urbanski
Chief U.S. District Judge
2022.05.06 11:31:23 -04'00'

Michael F. Urbanski, Chief United States District Judge
Name and Title of Judge

May 6, 2022
Date

AO 245D    (Rev. 09/19 - VAW Additions 05/17) Judgment in a Criminal Case for Revocations
           Sheet 1 A

| | | Judgment-Page 2 of 6 |
|---|---|---|
| DEFENDANT: | NATHAN ALLEN ENTSMINGER | |
| CASE NUMBER: | DVAW713CR000042-001 | |

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | The defendant possessed methamphetamine upon his arrest. | |
| Standard Condition #2 | Since report of the last incident of assault, the probation officer has attempted to contact Entsminger numerous times, in person at his home, by phone, and by text message. All attempts have gone unanswered. The defendant has ignored the probation officer's instruction to report. He has not been seen, in person, by this office since May 2021. | May 2021 |
| Standard Conditions #6 and #10 | The defendant moved from his residence on Eden Drive in Roanoke, and failed to maintain contact with the probation officer. | November 24, 2021 |

DEFENDANT: NATHAN ALLEN ENTSMINGER
CASE NUMBER: DVAW713CR000042-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
20 months.

☒ The court makes the following recommendations to the Bureau of Prisons:

The defendant shall be housed at FMC Butner, or in a facility that is closest to his home and consistent with his security classification.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before _____ on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL

AO 245B  (Rev. 09/19 - VAW Additions 05/17)  Judgment in a Criminal Case for Revocation
Sheet 3 — Supervised Release

DEFENDANT:  NATHAN ALLEN ENTSMINGER
CASE NUMBER: DVAW713CR000042-001

Judgment-Page  4  of  6

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

24 months.

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. ☐ You must make restitution in accordance with sections 3663 and 3663A, or any other statute authorizing a sentence of restitution. *(check if applicable)*
3. You must not unlawfully possess a controlled substance.
4. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☒ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245D    Case 7:13-cr-00042-RSB    Document 154    Filed 05/09/22    Page 5 of 6    Pageid#: 1164
(Rev. 09/19 - VAW Additions 05/17) Judgment in a Criminal Case for Revocation
Sheet 3A - Supervised Release

DEFENDANT: NATHAN ALLEN ENTSMINGER
CASE NUMBER: DVAW713CR000042-001

Judgment-Page 5 of 6

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectation for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions or supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervision Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____ Date _____

DEFENDANT: NATHAN ALLEN ENTSMINGER
CASE NUMBER: DVAW713CR000042-001

Judgment-Page 6 of 6

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall reside in a residence free of firearms, ammunition, destructive devices and dangerous weapons.

2. The defendant shall submit his person, property, house, residence, vehicle, papers, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation.